UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

PIZZA HUT, LLC, as
Successor-in-Interest to PIZZA HUT,
INC.,

v.  Civil No. 5:23-CV-17

JIGNESH N. PANDYA; PANDYA
PROPERTIES, LLC; ROHAN
PROPERTIES, LLC; et al.

## CLERK'S ENTRY OF DEFAULT

On this 29 day of August, 20 23, it appearing from the affidavit(s) in support of default of Joel B. Bailey, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

PANDYA PROPERTIES, LLC
ROHAN PROPERTIES, LLC



DAVID A. O'Toole, CLERK

By: _David A. O'Toole_
    Deputy Clerk

p:\DFLT.ord