UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

v.                                       Civil  No. _____

CLERK'S ENTRY OF DEFAULT

On this _____ day of _____, 20 _____, it appearing from the affidavit(s) in support of default of _____, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

DAVID A. O'Toole, CLERK

*David A. O'Toole*

By: _____
     Deputy Clerk
     **2/13/2024**

p:\DFLT.ord